IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROXANNE ANDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **7:06CV5023** |
| vs. | ) | |
| | ) | **ORDER** |
| **CHIMNEY ROCK VILLA NURSING** | ) | |
| **HOME AND ASSISTED LIVING,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Plaintiff has filed a motion to substitute "City of Bayard" as defendant in place of "Chimney Rock Villa Nursing Home and Assisted Living."  Upon the representation that there is no objection,

**IT IS ORDERED** that plaintiff's Motion [8] is granted, as follows:

1. Plaintiff shall file and serve the amended pleading forthwith.

2. Upon the filing of plaintiff's AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL, the Clerk of the Court shall amend the docket to reflect the substitution of defendants.

**DATED December 28, 2006.**

                                           **BY THE COURT:**

                                           **s/ F.A. Gossett**
                                           **United States Magistrate Judge**