# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ROXANNE ANDERSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **7:06CV5023** |
| vs. ) | |
| ) | **ORDER** |
| **CITY OF BAYARD,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the parties' Joint Motion to allow plaintiff to amend the complaint [16]. The court notes the parties' jury demand. Apparently, plaintiff wishes to re-name "Chimney Rock Villa Nursing Home and Assisted Living" as a defendant. In addition, by filing the proposed amended complaint, plaintiff will effect a voluntary dismissal of her third cause of action. Upon review of the matter,

**IT IS ORDERED** that the Joint Motion [16] is granted, as follows:

1. Plaintiff is given leave to re-name "Chimney Rock Villa Nursing Home and Assisted Living" as a defendant.

2. Plaintiff shall file and serve the Second Amended Complaint forthwith.

**DATED February 6, 2007.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**