IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**ROXANNE ANDERSON,**                )
                                     )
      **Plaintiff,**          )          CASE NO. 7:06CV5023
                                     )
      v.                      )          ORDER
                                     )
**CHIMNEY ROCK VILLA NURSING**       )
**HOME AND ASSISTED LIVING, and**    )
**CITY OF BAYARD,**                  )
                                     )
      **Defendants.**         )

The matter before the Court is the parties' joint Stipulation for Dismissal (Filing No. 28), in which the parties stipulate to the dismissal of the above captioned case with prejudice. I find that the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal (Filing No. 28) is approved, and the relief requested therein is granted;

2. The above captioned case is dismissed with prejudice; and

3. The parties shall pay their own costs as stated in Filing No. 28.

DATED this 3rd day of May, 2007.

                    BY THE COURT:

                    s/Laurie Smith Camp
                    United States District Judge